ALPINE EXCELSIOR CO., INC., Respondent, v. BOSTON EXCELSIOR COMPANY, Appellant, Impleaded with Another.— Order denying defendant-appellant's motion to dismiss the complaint on the ground that it fails to state facts sufficient to constitute a cause of action unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

VICTORIA LIEBERT and EDWIN LIEBERT, Respondents, v. ISHAM GARDEN APARTMENTS, Appellant.—Action for personal injuries and for loss of services. Judgment entered on a verdict directed by the court in favor of plaintiffs, after trial at Trial Term, without a jury, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

THEATRE HOLDING COMPANY, Appellant, v. LOEW'S INCORPORATED and Others, Respondents, Impleaded with Another.—Action for damages for alleged breach of a lease contract. Judgment dismissing the complaint as to defendants-respondents at the close of plaintiff's case unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY FORTE, Appellant.— Judgment convicting defendant of unlawfully possessing policy slips (Penal Law, § 974) unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

CLARA LOUISE HEYNEN and Others, Appellants, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, in Its Corporate Capacity and as Trustee under Agreement Dated June 2, 1927, between CLARA LOUISE HEYNEN and THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.—Action for the reformation of a trust agreement made by Clara Louise Heynen with defendant bank and for an accounting under the trust agreement as reformed. Judgment entered on a decision dismissing the complaint on the merits, directing that an account of defendant's proceedings as trustee be taken and that the accounting be referred to a referee, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

COLONIAL SAND AND STONE CO., INC., Respondent, v. THE CITY OF NEW YORK, Appellant.—Action to recover $4,846.33, with interest, on seven causes of action for the balance due on materials furnished to the bureau of highways of the city of New York for use by the president of the borough of Queens during the years 1933 and 1934, pursuant to open market orders. The court at the opening of the trial severed the second cause of action from the others and the trial proceeded only on the second cause of action. Judgment entered on a verdict directed by the court in favor of plaintiff, a jury having been waived, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer and Cohn, JJ.